LITTLETON, JOYCE, UGHETTA, PARK & KELLY LLP
Wendy B. Shepps (WS-1207)
*Attorneys for Defendant Cohen & Slamowitz, LLP*
39 Broadway, 34th Floor
New York, New York 10006
(212) 404-5777

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------X
PERETZ SONTAG,                                                        :
                                                                     : **11-CV-9521**
                                           Plaintiff,                :
                                                                     : **ANSWER**
                              - against -                            :
                                                                     :
COHEN & SLAMOWITZ, LLP,                                              :
                                                                     :
                                           Defendant.               :
--------------------------------------------------------------------------------X

Defendant, COHEN & SLAMOWITZ, LLP (hereinafter "Defendant or "COHEN &

SLAMOWITZ"), by its attorneys, LITTLETON, JOYCE, UGHETTA, PARK & KELLY LLP

hereby responds, upon information and belief, to the Plaintiff's Complaint, as follows:

**FIRST:**                Denies the truth of each and every allegation contained within

paragraph "1" of Plaintiff's Complaint.

**SECOND:**               Denies knowledge or information sufficient to form a belief as to

the truth of each and every allegation contained within paragraph "2" of Plaintiff's Complaint.

**THIRD:**                Admits the truth of the allegations contained within paragraph "3"

of Plaintiff's Complaint.

**FOURTH:**               Denies knowledge or information sufficient to form a belief as to

the truth of each and every allegation contained within paragraph "4" of Plaintiff's Complaint

and in addition, refers all questions of law to the trial court for judicial determination.

**FIFTH:** Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained within paragraph "5" of Plaintiff's Complaint and in addition, refers all questions of law to the trial court for judicial determination.

**SIXTH:** Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained within paragraph "6" of Plaintiff's Complaint and in addition, refers all questions of law to the trial court for judicial determination.

**SEVENTH:** Answering Defendant repeats, reiterates and realleges each and every denial and denial asserted upon information and belief in response to paragraph "1" through "7" of the Plaintiff's Complaint, as if the same were repeated verbatim at length herein.

**EIGHTH:** Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained within paragraph "8" of Plaintiff's Complaint.

**NINTH:** Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained within paragraph "9" of Plaintiff's Complaint.

**TENTH:** Denies the truth of each and every allegation contained within paragraph "10" of Plaintiff's Complaint.

**ELEVENTH:** Denies the truth of each and every allegation contained within paragraph "11" of Plaintiff's Complaint.

**TWELFTH:** Denies the truth of each and every allegation contained within paragraph "12" of Plaintiff's Complaint.

**THIRTEENTH:** Denies the truth of each and every allegation contained within paragraph "13" of Plaintiff's Complaint.

**FOURTEENTH:** Denies the truth of each and every allegation contained within paragraph "14" of Plaintiff's Complaint.

**FIFTEENTH:**                    Denies the truth of each and every allegation contained within paragraph "15" of Plaintiff's Complaint.

**COUNT I**

**SIXTEENTH:**                    Answering Defendant repeats, reiterates and realleges each and every denial and denial asserted upon information and belief in response to paragraph "1" through "16" of the Plaintiff's Complaint, as if the same were repeated verbatim at length herein.

**SEVENTEENTH:**                    Denies the truth of each and every allegation contained within paragraph "17" of Plaintiff's Complaint.

**EIGHTEENTH:**                    Denies the truth of each and every allegation contained within paragraph "18" of Plaintiff's Complaint.

**NINETEENTH:**                    Denies the truth of each and every allegation contained within paragraph "19" of Plaintiff's Complaint**.**

**AS AND FOR ANSWERING DEFENDANT'S
FIRST AFFIRMATIVE DEFENSE**

Plaintiff's Complaint fails to state a valid cause of action upon which relief may be granted.

**AS AND FOR ANSWERING DEFENDANT'S
SECOND AFFIRMATIVE DEFENSE**

The Plaintiff's Complaint is not supported by documentary evidence.

**AS AND FOR ANSWERING DEFENDANT'S
THIRD AFFIRMATIVE DEFENSE**

Upon information and belief, the causes of action asserted in the Plaintiff's Complaint against the Answering Defendant are barred in whole or in part by the doctrine of estoppel.

**AS AND FOR ANSWERING DEFENDANT'S**
**FOURTH AFFIRMATIVE DEFENSE**

If Plaintiff has incurred any damages herein, which claim is expressly denied, such damages are the result of his own culpable conduct.

**AS AND FOR ANSWERING DEFENDANT'S**
**FIFTH AFFIRMATIVE DEFENSE**

Defendant did not violate, in whole or in part, any provision of the FDCPA.

**AS AND FOR ANSWERING DEFENDANT'S**
**SIXTH AFFIRMATIVE DEFENSE**

To the extent a violation of any provision of 15 USC §1692 occurred, which violation is expressly denied, such violation was not intentional and resulted from a *bona fide* error notwithstanding reasonable procedures adopted to avoid any such error.

**AS AND FOR ANSWERING DEFENDANT'S**
**SEVENTH AFFIRMATIVE DEFENSE**

To the extent a violation of any provision of 15 USC §1692 occurred, which violation is expressly denied, such violation was the result of acts of non-agents, or agents acting outside the scope of their authority.

**AS AND FOR ANSWERING DEFENDANT'S**
**EIGHTH AFFIRMATIVE DEFENSE**

The instant action is barred by the expiration of the applicable statute of limitations.

**AS AND FOR ANSWERING DEFENDANT'S**
**NINTH AFFIRMATIVE DEFENSE**

Plaintiff is precluded by the doctrine of waiver and estoppel.

### AS AND FOR ANSWERING DEFENDANT'S
### <u>TENTH AFFIRMATIVE DEFENSE</u>

Plaintiff has failed to mitigate his damages.


**WHEREFORE,** Answering Defendant LAW OFFICES OF COHEN & SLAMOWITZ,

LLP, respectfully requests that this Court enter judgment herein dismissing Plaintiff's claims

against them in their entirety, together with such other, further and different relief as this Court

deems just and proper.

Dated:  New York, New York
        January 25, 2012

                                 Respectfully Yours,

                                 **LITTLETON, JOYCE, UGHETTA,**
                                 **PARK & KELLY LLP**



                        By:_____
                            Wendy B. Shepps (WS1207)
                            Attorneys for Defendant
                            COHEN & SLAMOWITZ, LLP
                            39 Broadway, 34th Floor
                            New York, New York 10006
                            (212) 404-5777
                            File No.: 07883.00077

TO:   Fredrick Schulman & Associates
      Samuel A. Ehrenfeld, Esq.
      Attorneys for Plaintiff
      30 East 29th Street
      New York, New York 10016
      (212) 796-6053

## **CERTIFICATE OF SERVICE**

I, Wendy B. Shepps, hereby certify that on January 25, 2012, I electronically filed the foregoing Answer with the Clerk of the District Court using its CM/ECF system which would then electronically notify Fredrick Schulman & Associates, counsel for the Plaintiff.

_____
Wendy B. Shepps (WS 1207)