```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/16/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PERETZ SONTAG,

                Plaintiff,

     -against-

COHEN & SLAMOWITZ, L.L.P.,

                Defendant.

**ORDER OF DISMISSAL**

11 Civ. 9521 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The Court having been advised that all claims asserted herein have been settled, it is ORDERED, that the above-entitled action be, and hereby is, dismissed with prejudice but without costs; provided, however, that if the settlement is not consummated within thirty days of this order, either party may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored. Any pending motions are moot.

Dated: New York, New York
       March 15, 2012

                              SO ORDERED.

                              _____
                              Paul G. Gardephe
                              United States District Judge